___



SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: RENARDO D. JONES** | **CASE NO: 17-12901** |
| **DEBTOR** | **CHAPTER 13** |

## AGREED ORDER WITHDRAWING

**THIS MATTER** has been considered by the United States Bankruptcy Court for the Northern District of Mississippi, pursuant to the Objection to Claim, doc. no. 23, filed by the debtor; and

**IT APPEARING** to the Court that the parties in interest have reached an agreement; and

**IT FURTHER APPEARING** that the parties have agreed that the Objection to Claim, doc. no. 23, is hereby withdrawn.

### ##END OF ORDER##

Approved:

_____/s/William L. Fava_____
WILLIAM L. FAVA
Attorney for Debtor

____/s/Laura Henderson-Courtney____
LAURA HENDERSON-COURTNEY
Attorney for Federal National Mortgage Association

Submitted by:

William L. Fava, MSB# 101348
Mitchell, Cunningham & Fava
P.O. Box 783
Southaven, MS 38671
(662)536-1116
wfava@mitchellcunninghamfava.com